# EXHIBIT A

  

Florida National University
11865 Southwest 26th Street Suite H3
Miami, Florida 33175

Global Pilot School
14299 SW 127TH St. Suite 102
Miami, Florida 33186

30th of March, 2022

Consular Chief
United States Embassy

Official Partnership Letter

This is an official Letter stating Florida National University has an official partnership with GPS Global Pilot School to provide flight time building hours while our students attend our full time English as a Second Language (ESL) program. Our students will attend our ESL classes from Monday-Thursday from the hours of 8:30am-1:00pm; While GPS Flight Pilot School will provide flight hours from Friday- Sunday. Our program is designed so pilots would not have any interruptions while attending our ESL classes. Our pilots are notified that the English courses take priority.

Kenzo Takahashi has been accepted into our Time Building/ Aircraft Rental program in Florida National University and GPS Global Pilot School, Kenzo Takahashi will be attending our facilities as stated in this letter.

For any inquiries please contact our faculty representatives.

Joao Prado
CEO
Global Pilot School
Email: info@flywithgps.com
Direct Number: +1 305 9995873

Liliana Vasquez
Email: Lvasquez@fnu.edu
Direct Number: +1 3052260307

*GPS Global Pilot School*
*14200 SW 129th St.*
*Miami, Florida 33186*