# EXHIBIT B




# International Students

## Description

To be a student or rent an aircraft at International Pilot School you **must have** a green card or a B-1 (Business), B-2 (Tourist), F-1 (Student), J-1 (Exchange Visitor), M-1 (Student) visa or be visiting from one of the 36 countries that participates in the Visa Waiver Program (VWP).

There is no limitation to the amount of flight time that you can do during your stay in the U.S.

Students interested in the **International Pilot Course Can Do English Classes** & can apply for a student visa with our partner university FNU (Florida National University South Campus) Students can also come on a B1/B2 visa and do Flight Training with International Pilot School combined.

| ESL Certificate | Credits | Cost per Credit |
|---|---|---|
| English as a Second Language | 8 Credits - Per Level | 10 |
| Tuition | - | - |
| Registration | - | - |
| Laboratory | - | - |
| Technology | - | - |

| ESL Certificate | Credits | Cost per Credit |
|---|---|---|
| Total Cost | | $3,600 |

# PART 61 Zero hours to Commercial Pilot + ESL

| Course | Hours |
|---|---|
| ESL (English as a Second Language | 8 Credits - Per Level |
| Private Pilot | 40 |
| Hour Building | 140 |
| Instrument Rating | 40 |
| Commercial Pilot Single | 10 |
| Commercial Pilot Multi | 20 |
| Total Cost: | $39,950 |

## Requirements

✓ Be over 17 years of age

✓ Hold a FAA Class III medical certificate

## Course Duration

Based on a full time study schedule (5 days a week) you will expect to finish these courses within 6 months.

## Housing

At International Pilot School we offer one of a kind housing and accommodations (50$/Night 750$/Month)



### Fully furnished

Located in a gated community, with 24 hour security, a full size swimming pool, tennis courts, and clubhouse.



## Units with large open rooms

Queen size beds, private bathrooms, wireless internet, cable TV, and large kitchen fully equipped with all your living needs, only a short distance away from North Perry Airport.

## Housing & Car Rental

We also have vehicle rentals for day & packages available

## Check Out More

Take a closer look at our housing options, and tell us if you are interested in this service.

Click Here

Get in Touch

ADDRESS:

7201 South Airport Road suite 504B Pembroke Pines Florida 33023, United States.

PHONE:

Tel +1-(305) 912-1880

WORKING DAYS/HOURS:

Mon – Sat / 9:00AM – 5:00PM

## Flight Training Programs

Flight Training School

Discovery Flights

Professional Pilot

Private Pilot License

Instrument Rating

Commercial Pilot License

Certified Flight Instructor

International Students

License conversions

Time Building Programs

## Quick Links

About

Aircraft Fleet

Facilities

Housing

Contact

Enrollment Form



Pilot Traning Academy in Miami, Florida – United States of America

Copyright © 2023 International Pilot School




